IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAVENA JOY KAULAITY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-16-448-D |
| | ) | |
| DEBBIE ALDRIDGE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner, a state prisoner appearing pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging, among other things, the voluntariness of her guilty plea to the charge of first degree murder. The matter was referred to United States Magistrate Judge Charles Goodwin for initial proceedings under 28 U.S.C. §§ 636(b)(1)(B) and (C). On January 25, 2017, Judge Goodwin submitted his Report and Recommendation ("R&R" or "Report") in which he recommended that the Petition be summarily dismissed.

In his Report, Judge Goodwin advised Petitioner of her right to file an objection and directed any objections be filed on or before February 15, 2017. R&R at 12. Judge Goodwin further advised Petitioner that failure to timely object would result in a waiver of the right to appellate review of both factual and legal issues contained in the report. *Id*. The time for filing objections has passed, and Petitioner has neither filed an objection nor sought an extension of time to do so.

Accordingly, the Report and Recommendation is **ADOPTED** in its entirety, as though fully set forth herein.

**IT IS SO ORDERED** this **3rd** day of March, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE